UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JESSICA KNAPP JENKINS INDIVIDUALLY, AS REPRESENTATIVE OF THE ESTATE OF MICHAEL JENKINS, AND AS NEXT FRIEND OF P.J.; ROBERT JENKINS; AND DAVID JENKINS<br>　　　　　　　Plaintiffs,<br><br>v.<br><br>HAWX SERVICES, LLC D/B/A HAWX PEST CONTROL<br>　　　　　　　Defendant. | §§§§§§§§§§§§§§ | Civil Action No. 4:22-cv-02151 |

## AGREED STIPLUATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Jessica Knapp Jenkins Individually, as Representative of the Estate of Michael Jenkins, and as Next Friend of P.J.; Robert Jenkins; and David Jenkins and Defendant Hawx Services, LLC D/B/A Hawx Pest Control, advise the Court that as a result of the appraisal process, all claims and controversies in this lawsuit have been fully settled and compromised. Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiffs stipulates to a dismissal of all claims against Defendant WITH PREJUDICE to the refiling of same. This instrument is signed below by all parties who have appeared.

Date: February 22, 2023

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

**The Linebaugh Law Firm, P.C.**

*/s/ Daniel B. Linebaugh*
DANIEL B. LINEBAUGH
State Bar No. 12388700
TIMOTHY R. ALLEN
State Bar No. 24092028
1300 Rollingbrook, Suite 601
Baytown, Texas 77521
281-422-0505
281-422-2641 – Fax
dlinenaugh@linebaughtlaw.com
tallen@linebaughlaw.com

**ATTORNEYS FOR PLAINTIFFS**

**The Willis Law Group, PLLC**

*/s/Charles M. Kibler, Jr.*
CHARLES "CHUCK" KIBLER, JR.
State Bar No. 24036900
BENJAMIN N. ROEDER
State Bar No. 17156600
KIRK D. WILLIS
State Bar No. 21648500
17040 El Camino Real
Suite 300
Houston, Texas 77058
Telephone(281)953-2222
Facsimile: (281)953-2272
service@thewillislawgroup.com

**ATTORNEYS FOR DEFENDANT HAWX SERVICES, LLC D/B/A HAWX PEST CONTROL**

## CERTIFICATE OF SERVICE

On February 22, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/  Daniel B. Linebaugh*
DANIEL B. LINEBAUGH